

FILED

OCT 12 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re

FRANK JAMES MONTEZ and
MARION CAROL MONTEZ,

        Debtor(s).

Case No. 11-39066-E-13
Docket Control No. PGM-2

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

## MEMORANDUM OPINION AND DECISION

Frank Montez and Marion Montez, the Chapter 13 Debtors filed their First Modified Chapter 13 Plan on May 16, 2012. (The court has previously confirmed a plan in this case by order dated December 12, 2012.) The Debtors filed their Motion to Confirm the First Modified Chapter 13 Plan on May 16, 2012 and supporting pleadings. Dckts. 39-42. The Chapter 13 Trustee filed an opposition to the Motion asserting that the Debtors failed to provide sufficient evidence to explain the changes in their income and expenses which were being provided as justifications to modify the existing confirmed Plan. Dckt. 45. The court had the same concerns and determined that the evidence was insufficient for the court to make the necessary findings of fact and conclusions of law

to confirm the modified plan. 11 U.S.C. §§ 1329, 1325(a). Civil Minutes, Dckt. 52. The court set an Evidentiary Hearing on September 26, 2012, for the Motion to Confirm Modified Plan.

The Chapter 13 Trustee and the Debtors lodged with the court their respective Direct Testimony Statements and Exhibits for the Evidentiary Hearing. After reviewing the Direct Testimony Statements and Exhibits submitted by the Debtors, the objections of the Trustee were resolved. The parties prepared a stipulated order confirming the Plan. The Alternative Direct Testimony Statements and Exhibits provided by the Debtors provided a sufficient basis for confirming the Modified Chapter 13 Plan.

The Modified Chapter 13 Plan complies with 11 U.S.C. §§ 1329 and 1325(a), and is confirmed. The court shall enter a separate order consistent with this Decision. A separate confirmation order was issued by the court on October 5, 2012, in advance of this decision being issued. Dckt. 75.

Dated: October 11, 2012

_____
RONALD H. SARGIS, Judge
United States Bankruptcy Court

Case 11-39066   Filed 10/12/12   Doc 76

**CERTIFICATE OF MAILING**

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the attached document(s) was served by mail to the following entities listed at the address(es) shown below:

Service List:

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

Peter Macaluso
7311 Greenhaven Dr #100
Sacramento, CA 95831

Frank Montez
5123 Dynasty Way
Sacramento, CA 95835

Marion Montez
5123 Dynasty Way
Sacramento, CA 95835

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATE: OCT 1 2 2012

_Sheryl Beverly_
Deputy Clerk